In re Evans, Cedrick E.; — Plaintiff; Applying For Supervisory and/or Remedial Writs, Parish of St. Tammany, 22nd Judicial District Court Div. E, No. 269622; to the Court of Appeal, First Circuit, No. 2010 KW 1043.
 

 Denied. La.C.Cr.P. art. 930.3;
 
 State ex rel. Melinie v. State,
 
 93-1380 (La.1/12/96), 665 So.2d 1172. See also
 
 State v. Cotton,
 
 09-2397 (La.10/15/10), 45 So.3d 1030;
 
 State v. Thomas,
 
 08-2912, (La.10/16/09), 19 So.3d 466.